

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Stephanie Mechelle Coleman,

Vs. No. 11-16-00118-CR

The State of Texas,

\* From the 39th District
   Court of Haskell County,
   Trial Court No. 6623.

\* August 18, 2016

\* Per Curiam Memorandum Opinion
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.